[No. 11401–1–II.  Division Two.  August 24, 1989.]

ELEANOR E. LUND, *Appellant,* v. ANTHONY LUND, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–3–00032–9, Robert L. Charette, J., entered September 28, 1987. *Vacated* by unpublished per curiam opinion.

[Nos. 20877–2–I; 21695–3–I.  Division One.  August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN WILLIAM KLAPPROTH, *Appellant.*

*In the Matter of the Personal Restraint of* JOHN WILLIAM KLAPPROTH, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00243–4, Mary Wicks Brucker, J., entered July 31, 1987, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Winsor, JJ.

[No. 22500–6–I.  Division One.  August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM HOWARD TAFT FULTZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–01769–9, George T. Mattson, J., entered June 24, 1988. *Dismissed* by unpublished per curiam opinion.